No. 842. TURNER ET AL. *v.* FOUCHE ET AL. Appeal from D. C. S. D. Ga. Probable jurisdiction noted. *Jack Greenberg, Michael Meltsner,* and *Howard Moore, Jr.,* for appellants. *Charles J. Bloch* and *Wilbur D. Owens, Jr.,* for Fouche et al., and *Arthur K. Bolton,* Attorney General, and *Alfred L. Evans, Jr.,* and *J. Lee Perry,* Assistant Attorneys General, for the State of Georgia, appellees.

No. 921. BROCKINGTON *v.* RHODES, GOVERNOR OF OHIO, ET AL. Appeal from Sup. Ct. Ohio. Probable jurisdiction noted. *Ralph Rudd* for appellant. *Paul W. Brown,* Attorney General of Ohio, *Charles S. Lopeman,* First Assistant Attorney General, and *Julius J. Nemeth,* Assistant Attorney General, for Rhodes et al., and *John T. Corrigan* and *John L. Dowling* for Cipollone et al., appellees.

No. 828, Misc. CAVITT *v.* NEBRASKA. Appeal from Sup. Ct. Neb. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Richard A. Huebner* for appellant. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Melvin Kent Kammerlohr,* Assistant Attorney General, for appellee.

No. 130. SNIADACH *v.* FAMILY FINANCE CORPORATION OF BAY VIEW ET AL. Sup. Ct. Wis. Certiorari granted. *Jack Greenberg, James M. Nabrit III, Leroy D. Clark,* and *William F. Young, Jr.,* for petitioner. *Byron E. Kopp* for respondent Family Finance Corp. of Bay View.